CHRISTOPHER A. SEACORD
CSEACORD@GORDONREES.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 453-0755
WWW.GORDONREES.COM

August 22, 2018

<u>**VIA ECF**</u>
Hon. Allyne R. Ross
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Mohamed Elghourab v. Vista JFK, LLC*
              <u>Civil Action No. 17 Civ. 00911 (ARR)(ST)</u>

Dear Judge Ross:

      This office represents defendant Vista JFK, LLC ("Defendant") in the above-referenced matter. We submit this letter to respectfully request a two-week extension of Defendant's time to file its reply to plaintiff Mohamed Elghourab's ("Plaintiff") response in opposition to Defendant's motion for summary judgment in this action. This is Defendant's first request regarding the deadline to file their reply and plaintiff consents to such an extension.

      Defendant requests this extension because, due to the undersigned's other professional and personal obligations, additional time is needed to prepare Defendant's papers in support of reply to Plaintiff's response in opposition to the motion for summary judgment. Currently, Defendant's reply is due on or before Monday, August 27, 2018. Should Defendant's request be granted, the revised briefing schedule would be as follows:

- Defendant's reply to be served on or before Monday, September 10, 2018.

      Defendant thanks the Court for its consideration of the above request.

                                                          Respectfully submitted,

                                                          GORDON REES SCULLY
                                                          MANSUKHANI, LLP

                                                          *Christopher A. Seacord*

                                                          Christopher A. Seacord

cc:    Justin Reilly, Esq. (via ECF)
          Keith Williams, Esq. (via ECF)

1134860/39862607v.1

ALABAMA ♦ ARIZONA ♦ CALIFORNIA ♦ COLORADO ♦ CONNECTICUT ♦ FLORIDA ♦ GEORGIA ♦ ILLINOIS ♦ MARYLAND ♦
MASSACHUSETTS ♦ MISSOURI ♦ NEVADA ♦ NEW JERSEY ♦ NEW YORK ♦ NORTH CAROLINA ♦ OHIO ♦ OREGON ♦ PENNSYLVANIA ♦
SOUTH CAROLINA ♦ SOUTH DAKOTA ♦ TEXAS ♦ VIRGINIA ♦ WASHINGTON ♦ WASHINGTON, DC ♦ WEST VIRGINIA