UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

MOHAMED ELGHOURAB,

        Plaintiff,

    v.

VISTA JFK, LLC,

        Defendant.
------------------------------------------------------------ X

JUDGMENT
17-CV-911 (ARR)

    An Opinion and Order of the Honorable Allyne R. Ross, United States District Judge, having been filed on June 11, 2019, awarding Plaintiff a total amount of $845,496.72 as follows: (1) $420,248.36 in unpaid overtime compensation; (2) $420,248.36 in liquidated damages; (3) $5,000 in statutory wage notice damages; and (4) prejudgment interest at the rate of 9% per year on the unpaid compensation damages from March 10, 2014 until judgment is entered, and post-judgment interest at the statutory rate prescribed by 28 U.S.C. §1961; and ordering that Plaintiff is entitled to a 15% increase in the damages owed to him if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later; and granting Plaintiff's request to make a motion for attorneys' fees, cost, and disbursements; and respectfully referring this motion to Magistrate Judge Steven Tiscione; and

    The prejudgment on the unpaid compensation damages having been calculated at the rate of 9% per annum from March 10, 2014 through the date of entry of judgment as $199,266.80; it is

    ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff in the amounts of (1) $420,248.36 in unpaid overtime compensation; (2) $420,248.36 in liquidated

damages; (3) $5,000 in statutory wage notice damages; and (4) $199,266.80 in prejudgment interest, totaling $1,044,764.00; and post-judgment interest at the statutory rate prescribed by 28 U.S.C. §1961; and it is

ORDERED and ADJUDGED that Plaintiff is entitled to a 15% increase in the damages owed to him if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later; and it is

ORDERED and ADJUDGED that Plaintiff's motion for attorney's fees, costs, and disbursements is grated and respectfully referred to Magistrate Judge Steven Tiscione for calculation.

Dated: Brooklyn, NY  
June 19, 2019

Douglas C. Palmer  
Clerk of Court

By: */s/Brenna B. Mahoney*  
Brenna B. Mahoney  
Chief Deputy Clerk