UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MOHAMED ELGHOURAB,                                    17-CV-00911 (ARR)(ST)

                                     Plaintiff,

    -against-

VISTA JFK, LLC,

                                       Defendant.
-----------------------------------------------------------------X

## NOTICE OF MOTION FOR ATTORNEY'S FEES AND COSTS

**PLEASE TAKE NOTICE**, that upon the reading and filing of the Declaration of Justin M. Reilly, Esq., the Declaration of Keith E. Williams, Esq., the Declaration of Melanie J. Lazarus, Esq., the Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees and Costs, and the Exhibits annexed thereto, Plaintiff Mohamed Elghourab, by and through his undersigned counsel, will move this Court before the Honorable Steven Tiscione, United States Magistrate Judge, at the United States District Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, on the 2nd day of August 2019, for an Order: a) granting Plaintiff attorney's fees and costs, and b) granting Plaintiff such other and further relief as to this Court deems just and proper.

Dated: Massapequa, New York
       June 27, 2019

                                                    Respectfully submitted by,

                                                    _____
                                                    Justin M. Reilly, Esq.
                                                    Neil H. Greenberg & Associates, P.C.
                                                    *Attorneys for Plaintiffs*
                                                    4242 Merrick Road
                                                    Massapequa, New York 11758
                                                    Tel: (516) 228-5100
                                                    justin@nhglaw.com

TO:    Gordon Rees Scully Mansukani
        Christopher Seacord, Esq.
        1 Battery Park Plaza, 28th Floor
        New York, NY 10004